ESSEX COUNTY WELFARE BOARD v.
DORIS PHILPOTT, *ET AL.*

July 1, 1970. Petition for certification granted. (See 109 *N. J. Super.* 48.)

STATE OF NEW JERSEY v. JOSEPH DALAKIAN.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JEROME M. FIELDS.

July 1, 1970. Petition for certification denied.

NELSON COONEY & SON, INC. v. TOWNSHIP OF SOUTH HARRISON.

July 1, 1970. Petition for certification granted.

BERNARD SEIDEN t/a BERNIE'S SUPRETTE v. JEFFERSON INSURANCE COMPANY OF NEW YORK, *ET AL.*

July 1, 1970. Petition for certification granted.

GRAHAM BELL v. INTER-CHEMICAL CORP., *ET AL.*

July 1, 1970. Petition for certification denied.